### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KRISTEN CLIFTON, ) <br> ) <br> Plaintiff, ) <br> ) <br> -vs- ) <br> ) <br> SHELTER MUTUAL INSURANCE ) <br> COMPANY, ) <br> ) <br> Defendant. ) | Case No. CIV-14-152-D |

## **J U D G M E N T**

Pursuant to the Order granting Defendant's Motion for Summary Judgment, judgment is hereby entered in favor of Defendant and against Plaintiff.

Entered this 9th day of February, 2016.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE