### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1)  KRISTEN CLIFTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. CIV-14-152-D |
| | ) | |
| 1)  SHELTER MUTUAL INSURANCE COMPANY, | ) ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF APPEAL

Notice is hereby given that KRISTEN CLIFTON, Plaintiff in the above named case hereby appeals to the United States Court of Appeals for the Tenth Circuit from the final judgment entered in this action on February 9, 2016.

    Respectfully submitted,

    /s/ Michael D. Lewis
    Michael D. Lewis, OBA #12131
    6116 N.W. 63rd Street, Suite 100
    Oklahoma City, OK 73132
    Tele: (405) 720-2225 Fax: (405) 848-6834
    mdl.lewislaw@gmail.com
    dhull.lewislaw@gmail.com
    Counsel for Plaintiff