FILED  
United States Court of Appeals  
Tenth Circuit  

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

**May 27, 2016**

Elisabeth A. Shumaker  
Clerk of Court

_____

| | |
|---|---|
| KRISTEN CLIFTON,<br><br>    Plaintiff - Appellant,<br><br>v.<br><br>SHELTER MUTUAL INSURANCE COMPANY,<br><br>    Defendant - Appellee. | No. 16-6068<br>(D.C. No. 5:14-CV-00152-D) |

_____

**ORDER**

_____

In accordance with 10th Cir. R. 33.1, Rules of the Tenth Circuit, and upon consideration of the motion for voluntary dismissal of the above-captioned appeal, this appeal is dismissed. *See* Fed. R. App. P. 42(b).

Each party will bear their own costs on appeal. A copy of this order will stand as the mandate of the court.

Entered for the Court

ELISABETH A. SHUMAKER, Clerk